**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>        Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>        Respondent. | No. 2:20-CV-1775-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges an adverse prison disciplinary decision. Consequently, the instant petition is one for review of the execution of a sentence imposed by a California state court. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at California Correctional Institution, located in Kern County, which is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2  United States District Court for the Eastern District of California sitting in Fresno.

5  Dated:  September 10, 2020

   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE